# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142717

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY JOSEPH SIKORSKI,

      Defendant-Appellant.

_____/

SC:   142717
COA: 301491
Alcona CC:  10-001469-FH
                10-001470-FH
                10-001471-FH
                10-001472-FH

On order of the Court, the application for leave to appeal the January 25, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

h0516